```
THAD A. DAVIS (SBN 220503)
thad.davis@ropesgray.com
ROCKY C. TSAI (SBN 221452)
rocky.tsai@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center, Ste 300
San Francisco, California 94111-4006
Tel:  (415) 315-6300
Fax:  (415) 315-6350

HARVEY J. WOLKOFF
harvey.wolkoff@ropesgray.com
MARK P. SZPAK
mark.szpak@ropesgray.com
LARA A. ORAVEC
lara.oravec@ropesgray.com
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7606
Fax:  (617) 235-0215

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT AMERICA LLC and
SONY CORPORATION OF AMERICA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORELLE WALKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware Limited Liability Company; SONY COMPUTER ENTERTAINMENT AMERICA, INC., a Delaware Corporation; and SONY CORPORATION OF AMERICA, a New York Corporation,<br><br>Defendants. | Case No.   3:11-cv-02277-MEJ<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge:  Magistrate Judge Maria-Elena James |

26709343_2.DOC

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02277-MEJ

1     WHEREAS, defendants Sony Computer Entertainment America LLC, f/k/a Sony Computer Entertainment America, Inc. ("SCEA") and Sony Corporation of America ("SCA"), as well as certain related entities (collectively, the "Sony Defendants"), have been named as defendants in at least nineteen (19) putative class action lawsuits within this District, to date (collectively, the "N.D. Cal. Sony Litigations");

    WHEREAS, certain of the Sony Defendants have also been named as defendants in at least fourteen (14) putative class action lawsuits pending outside this District, to date, including at least five (5) suits in the Central District of California, one (1) suit in the Southern District of California, one (1) suit in the Southern District of New York, one (1) suit in the Eastern District of New York, one (1) suit in the District of Massachusetts, one (1) suit in the Eastern District of Michigan, two (2) suits in the Southern District of Texas, one (1) suit in the District of Connecticut, and one (1) suit in the Southern District of Florida (collectively, with the N.D. Cal. Sony Litigations, the "U.S. Sony Litigations");

    WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict Litigation (the "JPML") to centralize this and other matters, to which one response has been filed to date, and as to which other responses, including Sony Defendants' response, are due by June 2, 2011.

    WHEREAS, the current deadline for SCEA to respond to the Complaint is May 31, 2011;

    WHEREAS, the parties have agreed to the extension of time herein for the defendants in the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to facilitate the scheduling of this matter in coordination with the schedule for the motion before the JPML;

    NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties, by and through their respective counsel, hereby stipulate as follows:

    The deadline for the defendants to respond to the Complaint in the above-captioned action is extended until and including 30 days after a consolidated complaint is filed in a multidistrict litigation centralizing the above-captioned action with other matters, or if centralization is denied by the JPML, then 30 days from the date of such order denying centralization.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 16, 2011 | FRANCIS M. GREGOREK<br>BETSY C. MANIFOLD |
| 3 | | WOLF HALDENSTEIN ADLER FREEMAN &<br>HERZ LLP |
| 4 | | |
| 5 | | By:   /s/ Betsy C. Manifold /s/ [as authorized] |
| 6 | | Betsy C. Manifold |
| 7 | | Attorneys for Plaintiff<br>CORRELLE WALKER |
| 8 | | |
| 9 | Dated: May 16, 2011 | HARVEY WOLKOFF<br>THAD A. DAVIS |
| 10 | | ROCKY C. TSAI<br>ROPES & GRAY LLP |
| 11 | | |
| 12 | | By:   /s/ Rocky C. Tsai /s/ |
| 13 | | Rocky C. Tsai |
| 14 | | Attorneys for Defendants<br>SONY COMPUTER |
| 15 | | ENTERTAINMENT AMERICA LLC<br>and SONY CORPORATION OF |
| 16 | | AMERICA |

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 17, 2011            By: _____
                                    U. S. District Court Magistrate Judge

-2-   STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
          RESPOND TO COMPLAINT
          CASE NO. 3:11-cv-02277-MEJ